UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JANE DOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:23-cv-00477 |
| WILLIAM BOWERS MANAGEMENT, LLC d/b/a WIDE OPEN MUSIC, ASH BOWERS, JIMMIE ALLEN, and JOHN DOES 1-100, | ) ) ) ) | Judge Campbell Magistrate Judge Frensley |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Attorney William J. Harbison II, of Neal & Harwell, PLC, hereby enters his appearance as counsel for Defendant Ash Bowers and requests that all filings be served upon him electronically at the e-mail address listed below.

Dated: July 12, 2023

Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/ *William J. Harbison II*
Aubrey B. Harwell, III (BPR # 17394)
William J. Harbison II (BPR # 33330)
Olivia R. Arboneaux (BPR # 40225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2023, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

| *Counsel for Plaintiff:* | *Counsel for Defendant WOM:* |
|---|---|
| FEGAN SCOTT LLC<br>Elizabeth A. Fegan (admitted *pro hac vice*)<br>130 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>(312) 264-0100<br>beth@feganscott.com<br><br>SPRAGENS LAW PLC<br>John T. Spragens (BPR # 31445)<br>311 22nd Ave. N.<br>Nashville, TN 37203<br>(615) 983-8900<br>john@spragenslaw.com | BRADLEY ARANT BOULT CUMMINGS LLP<br>Samuel D. Lipshie (BPR # 9538)<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, TN 37203<br>(615) 252-2332<br>slipshie@bradley.com |
| *Counsel for Defendant Allen:*<br><br>BAKER DONELSON<br>Jonathan J. Cole (BPR # 16632)<br>1600 West End Ave., Suite 2000<br>Nashville, TN 37203<br>(615) 726-7335<br>jcole@bakerdonelson.com | |

                                            /s/ William J. Harbison II
                                            William J. Harbison II