IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:23-CV-00477 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| WILLIAM BOWERS MANAGEMENT, | ) | JURY TRIAL DEMANDED |
| LLC D/B/A WIDE OPEN MUSIC, | ) | |
| ASH BOWERS, JIMMIE ALLEN, and | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel, along with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, for Defendant Jimmie Allen in the above-captioned matter. Defendant reserves all defenses, affirmative or otherwise, to which he is entitled.

Respectfully submitted this 13th day of July, 2023.

*/s/ Jonathan Cole*
Jonathan Cole, TN BPR No. 016632
Katelyn R. Dwyer, TN BPR No. 039090
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Attorneys for Jimmie Allen*

# CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2023, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Ph: (615) 983-8900
Fax: (615) 682-8533
john@spragenslaw.com

Elizabeth A. Fegan (to be admitted pro hac vice)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Attorneys for Plaintiff*

Samuel David Lipshie
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 252-2332
slipshie@bradley.com

*Attorneys for William Bowers Management, LLC d/b/a Wide Open Music*

      */s/ Jonathan Cole*
      Jonathan Cole

2

4879-6113-8026v1
2965011-000001 07/12/2023
Case 3:23-cv-00477   Document 25   Filed 07/13/23   Page 2 of 2 PageID #: 88