IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3: 2023-cv-00477 |
| v. | ) |
| | ) |
| WILLIAMS BOWERS MANAGEMENT, | ) JUDGE CAMPBELL |
| LLC D/B/A WIDE OPEN MUSIC, ASH | ) MAGISTRATE JUDGE CHIP FRENSLEY |
| BOWERS, JIMMIE ALLEN, and | ) |
| JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS
## DEFENDANT JIMMIE ALLEN'S COUNTERCLAIM

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Plaintiff Jane Doe respectfully moves the Court for an order dismissing with prejudice the Counterclaim filed by Defendant Jimmie Allen ("Allen"). In support of her Motion, Plaintiff states as follows:

First, all counts in the Counterclaim must be dismissed because Plaintiff's and her counsel's statements to the media are related to the subject matter of the lawsuit and thus protected by the absolute litigation privilege.

In the alternative, the Counterclaim should be dismissed under the Tennessee Public Participation Act ("TPPA"), Tenn. Code Ann. § 20-17-102, because (1) Plaintiff's statements constitute free speech as sexual assault is a matter of public concern and Allen is a public figure, and (2) Allen cannot establish a *prima facie* case of the elements of his state law claims.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum in Support of Motion to Dismiss, Plaintiff respectfully requests the Court grant her Motion to Dismiss Defendant Allen's counterclaims against her with prejudice and grant such other and further relief

as this Court deems appropriate. Should the Court dismiss the counterclaims pursuant to the TPPA, Plaintiff requests "court costs, reasonable attorney's fees, discretionary costs, and other expenses incurred in filing and prevailing upon the petition." Tenn. Code Ann. § 20-17-107(a)(1),(2).

Dated: August 18, 2023

JANE DOE, Plaintiff

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Yujin Choi (admitted pro hac vice)
FEGAN SCOTT LLC
2301 Blake St. Ste. 100
Denver, CO 80205
Ph: 720.994.8420
Fax: 312.264.0100
yujin@feganscott.com

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Ph: (615) 983-8900
Fax: (615) 682-8533
john@spragenslaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, a copy of the foregoing Plaintiff's Motion to Dismiss Defendant Jimmie Allen's Counterclaim was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

Jonathan Cole, TN BPR No. 016632
Katelyn R. Dwyer, TN BPR No. 039090
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Attorneys for Defendant Jimmie Allen*

Aubrey B. Harwell, III (BPR # 17394)
William J. Harbison II (BPR # 33330)
Olivia R. Arboneaux (BPR # 40225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

*Attorneys for Defendant Ash Bowers*

Samuel D. Lipshie (TN BPR No. 009538)
John P. Rodgers (TN BPR No. 030324)
Caroline D. Spore (BPR No. 036214)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
T: (615) 244-2582
F: (615) 252-6380
E: slipshie@bradley.com
E: jrodgers@bradley.com
E: cspore@bradley.com

*Attorneys for Defendant Williams Bowers Management, LLC*

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan