IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:23-cv-00477 |
| WILLIAMS BOWERS MANAGEMENT, | ) |
| LLC D/B/A WIDE OPEN MUSIC, ASH | ) |
| BOWERS, JIMMIE ALLEN, and JOHN | ) |
| DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT WILLIAMS BOWERS MANAGEMENT, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO PROCEED UNDER A PSEUDONYM

Defendant Williams Bowers Management, LLC ("WBM") does not take a position on Plaintiff Jane Doe's request to proceed under a pseudonym at this time. (ECF No. 32.) WBM fully adopts, however, the arguments presented in Defendant Ash Bowers' Response brief (ECF No. 44) and Defendant Jimmie Allen's Response brief (ECF No. 45, at 17–18) in opposition to Plaintiff's attempt to extend the pseudonym beyond herself to family members and to provide for overly harsh, unwarranted and unconstitutional remedies in the event of a violation of the proposed Protective Order.

Respectfully submitted,

*s/ John P. Rodgers*
Samuel D. Lipshie (TN BPR No. 009538)
John P. Rodgers (TN BPR No. 030324)
Caroline D. Spore (BPR No. 036214)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
T: (615) 244-2582
F: (615) 252-6380
E: slipshie@bradley.com
E: jrodgers@bradley.com
E: cspore@bradley.com

*Attorneys for Defendant Williams Bowers Management, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2023, a true and correct copy of the foregoing was served via the Court's electronic case filing system upon the following:

John Spragens
Spragens Law PLC
311 22nd Avenue North
Nashville, Tennessee 37203
john@spragenslaw.com

Elizabeth A. Fegan (admitted *pro hac vice*)
Yujin Choi (admitted *pro hac vice*)
Fegan Scott LLC
150 S. Wacker Drive, 24th Floor
Chicago, Illinois 60606
beth@feganscott.com
yujin@feganscott.com

*Counsel for Plaintiff*

Jonathan J. Cole
Katelyn R. Dwyer
Baker Donelson
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendant Jimmie Allen*

Aubrey B. Harwell, III
William J. Harbison II
Olivia R. Arboneaux
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Ash Bowers*

                *s/ John P. Rodgers*
                John P. Rodgers