ORDER: MOTION GRANTED.

*/s/ William L. Campbell Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00477 |
| ) | |
| WILLIAMS BOWERS MANAGEMENT, ) | JUDGE CAMPBELL |
| LLC D/B/A WIDE OPEN MUSIC, ASH ) | MAGISTRATE JUDGE FRENSLEY |
| BOWERS, JIMMIE ALLEN, and JOHN ) | |
| DOES 1-100, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Williams Bowers Management, LLC ("WBM") respectfully moves to substitute counsel in this case. Samuel D. Lipshie, John P. Rodgers, and Caroline D. Spore of the law firm of Bradley Arant Boult Cummings LLP have previously entered notices of appearance for WBM. WBM desires that Aubrey B. Harwell, III, William J. Harbison, II, and Olivia R. Arboneaux of the law firm of Neal & Harwell, PLC, who are current counsel to Defendant Ash Bowers, also assume the representation of WBM (in addition to Ash Bowers) in this case, and that Samuel D. Lipshie, John P. Rodgers, and Caroline D. Spore of Bradley Arant Boult Cummings LLP withdraw as counsel for Williams Bowers Management, LLC. WBM requests that this Motion to Substitute be granted because WBM desires to be represented by Neal & Harwell, PLC and having Ash Bowers and WBM represented by the same counsel will be more efficient for the parties as Ash Bowers is a member of WBM.