UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-CV-00477 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| WILLIAMS BOWERS MANAGEMENT, ) | |
| LLC D/B/A WIDE OPEN MUSIC, ET AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Movants Jonathan Cole, Katelyn R. Dwyer and the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (collectively, "Movants"), counsel of record for Defendant Jimmie Allen ("Defendant"), respectfully move this Court for an order withdrawing them as counsel for Defendant. In support of this Motion, Movants show the Court as follows:

1. On December 1, 2023, Movants notified Defendant of their intent to withdraw if Defendant did not comply with the terms of their engagement. Defendants accepted Movants' resignation during a phone call on December 1, 2023.

2. Pursuant to Local Rule 83.01(g), Movants certify that they provided notice to Defendant that Movants will be required to withdraw from further representation if Defendant failed to satisfy the terms of their engagement. Specifically, on December 5, 2023, Movants gave

Defendant the required 14-day notice of their intent to file a motion to withdraw. A true and correct copy of the December 5, 2023 notice is attached hereto as <u>Exhibit A</u>.

3. Rule 1.16(b) of the Tennessee Rules of Professional Conduct provides that a lawyer may withdraw from representing a client if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services[.]" Tenn. R. Prof. Conduct 1.16(b)(5).

4. Pursuant to Rule 1.16(b)(5), Defendant has been unable to comply with the terms of his engagement with Movants; and as a result, Movants believe that their professional obligations require them to withdraw.

5. Defendant has advised Movants that he has obtained new local counsel, but Defendant has not advised Movants on whom that new counsel is yet.

6. Movants assert that good cause exists to withdraw. Movants further state that this Motion is not submitted for purposes of delay.

7. Pursuant to Local Rule 7.01(a)(1), Movants have conferred with counsel for Plaintiff, who have taken the position that they will object to this Motion.

WHEREFORE Movants respectfully request that the Court grant this Motion, enter an Order allowing Jonathan Cole, Katelyn R. Dwyer and the law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, P.C. to withdraw as counsel of record, and relieving Movants of further representation of Defendant Jimmie Allen in the above-styled matter and further relief that it deems just and proper.

Respectfully submitted this 21st day of December, 2023.

/s/ Jonathan Cole
Jonathan Cole (BPR No. 016632)
Katelyn R. Dwyer (BPR No. 039090)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendant Jimmie Allen*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on counsel for the parties listed below through the Court's CM/ECF system:

Yujin Choi (admitted pro hac vice)
FEGAN SCOTT, LLC
2301 Blake St., Ste. 100
Denver, CO 80205
yujin@feganscott.com

Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com

John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com

*Attorneys for Plaintiff*

Samuel D. Lipshie
John D. Rodgers
Caroline D. Spore
Bradley Arant Boult Cummings, LLP
1600 Division Street, Ste 700
Nashville, TN 37203
slipshie@bradley.com
jrodgers@bradley.com
cspore@bradley.com

*Attorneys for Defendant Williams Bowers Management, LLC*

Aubrey B. Harwell
William J. Harbison
Olivia R. Arboneaux
1201 Demonbreun Street, Ste 1000
Nashville, TN 37203
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

*Attorneys for Defendant Ash Bowers*

this 21st day of December, 2023.

*s/ Jonathan Cole*
Attorney for Defendant Jimmie Allen