# EXHIBIT A



BAKER DONELSON
1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TENNESSEE 37203

MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203

PHONE:   615.726.5600
FAX:       615.726.0464

www.bakerdonelson.com

JONATHAN COLE
**Direct Dial**: 615.726.7335
**Direct Fax**: 615.744.7335
**E-Mail Address**: jcole@bakerdonelson.com

December 5, 2023

<u>*Via Electronic Mail:*</u>
Jimmie Allen

Re:   **Withdrawal of Representation**
*Jane Doe v. Jimmie Allen et al, Case No. 3:23-cv-00477 and*
*Jane Doe 2 v. Jimmie Allen et al., Case No. 3:23-cv-00582*

Dear Jimmie,

As we discussed, please allow this letter to serve as notice of Katelyn Dwyer's and my official withdrawal from both of the above-mentioned cases. Please let me know whom you have identified to assume the representation, so we can coordinate transitioning the files to them. Please let us know if you have any questions or concerns. We wish you the best going forward.

Very truly yours,

Jonathan Cole

JJC: dmt

4879-2550-6197v1
2965011-000001 12/05/2023