# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | ) NO. 3:23-CV-00477 |
| | ) |
| WILLIAM BOWERS MANAGEMENT, | ) JUDGE CAMPBELL |
| LLC D/B/A/ WIDE OPEN MUSIC, | ) MAGISTRATE JUDGE FRENSLEY |
| ASH BOWERS, JIMMIE ALLEN, and | ) |
| JOHN DOES 1-100, | ) JURY DEMAND |
| | ) |
|    Defendants. | ) |

## NOTICE OF APPEARANCE

Alandis Brassel, of Brassel Law PLLC, hereby enters his appearance as counsel for Defendant Jimmie Allen and requests service of all pleadings, orders, and other filings in the above-captioned matter.

Dated: January 30, 2024

Respectfully submitted,

**BRASSEL LAW PLLC**

By: */s/Alandis Kyle Brassel*
    Alandis Kyle Brassel (TN BPR No. 034159)
    1033 Demonbreun Street, Suite 300
    Nashville, TN 37203
    Phone: (615) 258-8900
    Fax: (615) 237-2451
    alandis@brassel.law
    *Attorney for Defendant Jimmie Allen*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Notice of Appearance** was filed electronically with the Clerk of this Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record:

| | |
|---|---|
| Yujin Choi (admitted pro hac vice)<br>FEGAN SCOTT, LLC<br>2301 Blake St., Ste. 100<br>Denver, CO 80205<br>yujin@feganscott.com | Aubrey B. Harwell<br>William J. Harbison<br>Olivia R. Arboneaux<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Ste 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com<br>jharbison@nealharwell.com<br>oarboneaux@nealharwell.com |
| Elizabeth A. Fegan (admitted pro hac vice)<br>FEGAN SCOTT, LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br>beth@feganscott.com | *Attorneys for Defendant Ash Bowers and Williams Bowers Management, LLC* |
| John Spragens<br>SPRAGENS LAW, PLC<br>311 22nd Ave. N.<br>Nashville, TN 37203<br>john@spragenslaw.com<br><br>*Attorneys for Plaintiff* | Jonathan Cole<br>Katelyn R. Dwyer<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>jcole@bakerdonelson.com<br>kdwyer@bakerdonelson.com<br><br>*Counsel of Record for Defendant Jimmie Allen* |

on this 30th day of January 2024.

                                                    /s/Alandis Kyle Brassel
                                                    Alandis Kyle Brassel
                                                    *Attorney for Defendant Jimmie Allen*