IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    NO. 3:23-cv-00477 |
| | ) |
| WILLIAM BOWERS MANAGEMENT, | )    JUDGE CAMPBELL |
| LLC d/b/a WIDE OPEN MUSIC, et al., | )    MAGISTRATE JUDGE FRENSLEY |
| | ) |
|    Defendants. | ) |

## ORDER

On January 10, 2024, the Court took the motion to withdraw as counsel of record for Defendant Jimmie Allen filed by attorneys Jonathan Cole and Katelyn R. Dwyer of Baker Donelson Bearman Caldwell & Berkowitz, P.C. under advisement pending a notice of appearance by substitute counsel. (*See* Doc. No. 67). On January 30, 2024, Alandis Brassel, of Brassel Law, PLLC, entered a notice of appearance as counsel for Allen in this matter. (Doc. No. 68). Accordingly, the motion to withdraw filed by attorneys Jonathan Cole and Katelyn R. Dwyer of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (Doc. No. 64) is **GRANTED**.

It is so **ORDERED**.

                                                                                                                                                                                             _____
                                                                                                                                                                                             WILLIAM L. CAMPBELL, JR.
                                                                                                                                                                                             UNITED STATES DISTRICT JUDGE