# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3: 2023-cv-00477 |
| ) | |
| v. ) | |
| ) | |
| WILLIAMS BOWERS MANAGEMENT, ) | JUDGE CAMPBELL |
| LLC D/B/A WIDE OPEN MUSIC, ) | MAGISTRATE JUDGE CHIP FRENSLEY |
| ASH BOWERS, JIMMIE ALLEN, and ) | |
| JOHN DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR EXTENSION OF DISCOVERY DEADLINES

This cause coming to be heard on the Parties' Joint Motion For Extension of Discovery Deadlines and for good cause shown,

It is hereby ORDERED:

1. The Joint Motion for Extension of Discovery Deadlines is granted.

2. All written discovery must be served by February 16, 2024.

3. All written discovery is to be completed by March 15, 2024.

4. All depositions are to be completed by April 15, 2024.

5. All discovery motions must be served by April 15, 2024.

6. Plaintiff's expert witnesses and reports are to be disclosed by April 15, 2024.

7. Defendants' expert witnesses and reports are to be disclosed by May 15, 2024.

8. Plaintiff's rebuttal expert witnesses and reports are to be disclosed by June 14, 2024.

9. All expert depositions must be completed by June 14, 2024.

SO ORDERED this 14th day of February, 2024: _____