| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 2023-cv-00477 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAMS BOWERS MANAGEMENT, | ) | JUDGE CAMPBELL |
| LLC D/B/A WIDE OPEN MUSIC, | ) | MAGISTRATE JUDGE CHIP FRENSLEY |
| ASH BOWERS, JIMMIE ALLEN, and | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

On July 21, 2023, the Court issued an Initial Case Management Order, which required that the Parties submit a joint status report confirming that the parties made a good faith attempt to resolve the case and stating whether the parties believe ADR might assist in resolution of the case.

1. **Status of Discussions between Plaintiff and Defendant Jimmie Allen**. On January 11, 2024, counsel for Mr. Allen contacted Plaintiff's counsel. Pursuant to their discussions, Plaintiff served a written settlement demand on Defendant's counsel on January 25, 2024, Defendant responded on February 21, 2024, and Plaintiff replied on February 25, 2024. The parties have discussed the possibility of mediation, but no mediation date has been set.

2. **Status of Discussions between Plaintiff and Defendants Williams Bowers Management and Ash Bowers**. Defendants Ash Bowers and Williams Bowers Management have pending Motions to Dismiss [ECF 18, 37], and do not believe that settlement negotiations will be fruitful prior to resolution of those motions. Plaintiff has expressed willingness to mediate.

Dated: March 1, 2024

*Counsel for Plaintiff:*

/s/  Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Defendant Allen:*

/s/  Alandis K. Brassel
Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

*Counsel for Defendants William Bowers Management, LLC and Ash Bowers:*

/s/  William J. Harbison II
Aubrey B. Harwell III (BPR # 17394)
William J. Harbison II (BPR # 33330)
Olivia R. Arboneaux (BPR # 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

2

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on March 1, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

Aubrey B. Harwell III (BPR # 17394)
William J. Harbison II (BPR # 33330)
Olivia R. Arboneaux (BPR # 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

Dated: March 1, 2024                                      By: */s/ Elizabeth A. Fegan*

3