UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 2023-cv-00477 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAMS BOWERS MANAGEMENT, | ) | JUDGE CAMPBELL |
| LLC D/B/A WIDE OPEN MUSIC, | ) | MAGISTRATE JUDGE CHIP FRENSLEY |
| ASH BOWERS, JIMMIE ALLEN, and | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION BETWEEN JANE DOE AND JIMMIE ALLEN AND [PROPOSED] ORDER

Plaintiff Jane Doe ("Plaintiff") and Defendant Jimmie Allen ("Allen") hereby stipulate to the dismissal of Plaintiff's claims against Jimmie Allen (Counts I, III, IV, V, IX, X in the Verified Complaint [ECF 1]) with prejudice, and the dismissal of Allen's Counterclaims against Plaintiff [ECF 27] with prejudice. The Court shall retain jurisdiction to enforce the Agreement signed by both parties and effective March 14, 2024.

Notwithstanding, Plaintiff will continue to pursue her claims against Defendants Williams Bowers Management, LLC d/b/a Wide Open Music and Ash Bowers. *See* Verified Complaint, Counts II, VI, VII, VIII, IX, X.

WHEREFORE, Plaintiff and Defendant Jimmie Allen respectfully request that the Court dismiss Plaintiff's claims against Jimmie Allen (Counts I, III, IV, V, IX, X in the Verified Complaint [ECF 1]) with prejudice, dismiss Allen's Counterclaims against Plaintiff [ECF 27] with prejudice, and retain jurisdiction to enforce the Agreement signed by both parties and effective March 14, 2024.

It is so **ORDERED.**

_____

WILLIAM L CAMPBELL, JR.

UNITED STATES DISTRICT JUDGE

Submitted By:

*Counsel for Plaintiff:*  *Counsel for Defendant Jimmie Allen:*

/s/  Elizabeth A. Fegan  /s/  Alandis K. Brassel
Elizabeth A. Fegan (admitted *pro hac vice*)  Alandis K. Brassel (BPR # 34159)
FEGAN SCOTT LLC  BRASSEL LAW PLLC
150 S. Wacker Drive, 24th Floor  1033 Demonbreun Street, Suite 300
Chicago, IL 60606  Nashville, TN 37203
(312) 264-0100  (615) 258-8900
beth@feganscott.com  alandis@brassel.law

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on March 14, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

>Alandis K. Brassel (BPR # 34159)
>BRASSEL LAW PLLC
>1033 Demonbreun Street, Suite 300
>Nashville, TN 37203
>(615) 258-8900
>alandis@brassel.law
>
>Aubrey B. Harwell III (BPR # 17394)
>William J. Harbison II (BPR # 33330)
>Olivia R. Arboneaux (BPR # 40225)
>NEAL & HARWELL, PLC
>1201 Demonbreun Street, Suite 1000
>Nashville, TN 37203
>(615) 244-1713
>tharwell@nealharwell.com
>jharbison@nealharwell.com
>oarboneaux@nealharwell.com

Dated: March 14, 2024                                    By: /s/ Elizabeth A. Fegan