# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) Civil Action No. 3: 2023-cv-00477 |
| v. | ) |
| WILLIAMS BOWERS MANAGEMENT, LLC D/B/A WIDE OPEN MUSIC, ASH BOWERS, JIMMIE ALLEN, and JOHN DOES 1-100, | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE CHIP FRENSLEY |
|     Defendants. | ) |

## AMENDED STIPULATION BETWEEN JANE DOE AND JIMMIE ALLEN AND [PROPOSED] ORDER

Plaintiff Jane Doe ("Plaintiff") and Defendant Jimmie Allen ("Allen") hereby stipulate to the dismissal of Plaintiff's claims against Jimmie Allen (Counts I, III, IV, V, IX, X in the Verified Complaint [ECF 1]) with prejudice, and the dismissal of Allen's Counterclaims against Plaintiff [ECF 27] with prejudice. The Court shall retain jurisdiction to enforce the Confidential Settlement Agreement and Release signed by both parties and effective March 14, 2024, together with the First Addendum to the Confidential Settlement Agreement and Release dated March 17, 2024.

Notwithstanding, Plaintiff will continue to pursue her claims against Defendants Williams Bowers Management, LLC d/b/a Wide Open Music and Ash Bowers. *See* Verified Complaint, Counts II, VI, VII, VIII, IX, X.

WHEREFORE, Plaintiff and Defendant Jimmie Allen respectfully request that the Court dismiss Plaintiff's claims against Jimmie Allen (Counts I, III, IV, V, IX, X in the Verified Complaint [ECF 1]) with prejudice, dismiss Allen's Counterclaims against Plaintiff [ECF 27] with prejudice, and retain jurisdiction to enforce the Confidential Settlement Agreement and Release dated March 14, 2024, and the First Addendum to the Confidential Settlement Agreement and Release dated March 17, 2024.

It is so **ORDERED.**

_____
WILLIAM L CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

Submitted By:

*Counsel for Plaintiff:*  *Counsel for Defendant Jimmie Allen:*

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

/s/ Alandis K. Brassel
Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on March 18, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

> Alandis K. Brassel (BPR # 34159)
> BRASSEL LAW PLLC
> 1033 Demonbreun Street, Suite 300
> Nashville, TN 37203
> (615) 258-8900
> alandis@brassel.law
>
> Aubrey B. Harwell III (BPR # 17394)
> William J. Harbison II (BPR # 33330)
> Olivia R. Arboneaux (BPR # 40225)
> NEAL & HARWELL, PLC
> 1201 Demonbreun Street, Suite 1000
> Nashville, TN 37203
> (615) 244-1713
> tharwell@nealharwell.com
> jharbison@nealharwell.com
> oarboneaux@nealharwell.com

Dated: March 18, 2024  By: /s/ Elizabeth A. Fegan