IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|    Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) NO. 3:23-cv-00477 |
| WILLIAMS BOWERS MANAGEMENT, LLC d/b/a WIDE OPEN MUSIC, ASH BOWERS, and JOHN DOES 1-100, | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY ) ) |
|    Defendants, | ) |
| v. | ) ) |
| JIMMIE ALLEN | ) ) |
|    Defendant/Counter-Plaintiff | ) |

## ORDER

Plaintiff/Counter-Defendant Jane Doe and Defendant/Counter-Plaintiff Jimmie Allen have jointly filed an Amended Stipulation (Doc. No. 79) stating that Doe's claims against Allen, Counts I, III, IV, V, IX, X, and Allen's counter claims against Doe, Counts I, II, III, and IV, should be dismissed with prejudice. Doe and Allen also stipulate that the Court shall retain jurisdiction to enforce the Confidential Settlement Agreement signed by both of them and effective March 14, 2024, together with the First Addendum to the Confidential Settlement Agreement and Release dated March 17, 2024. (*See id*.). Plaintiff Jane Doe will continue to pursue her claims against Defendants Williams Bowers Management, LLC d/b/a Wide Open Music and Ash Bowers.

Accordingly, pursuant to Doe and Allen's Stipulation and Federal Rule of Civil Procedure 21, the Court **DISMISSES** Defendant/Counter-Plaintiff Jimmie Allen and Counter-Defendant Jane Doe **WITH PREJUDICE**. The Court retains jurisdiction to enforce Confidential Settlement

Agreement signed by Doe and Allen that become effective March 14, 2024, together with the First Addendum to the Confidential Settlement Agreement and Release dated March 17, 2024.

In light of the foregoing, the Clerk is **DIRECTED** to administratively terminate the motion to dismiss Allen's counterclaims filed by Doe (Doc. No. 41).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE