IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | NO. 3:23-cv-00477 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| WILLIAM BOWERS ) | |
| MANAGEMENT, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are motions to dismiss filed by Defendants William Bowers Management, LLC ("WBM") (Doc. No. 18) and Ash Bowers ("Bowers") (Doc. No. 37), which are fully briefed. For the reasons stated in the accompanying Memorandum, the motions to dismiss are **GRANTED in part**, and **DENIED in part**. The motions are **GRANTED** as to Plaintiff's claims under 18 U.S.C. §§ 1591, 1595 (Count II), and **DENIED** as to all other claims.

It is so Ordered.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE