# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| v. | ) NO.: 3:23-CV-00477 |
| WILLIAMS BOWERS MANAGEMENT, LLC d/b/a WIDE OPEN MUSIC, ASH BOWERS, and JOHN DOES 1-100, | ) Judge Campbell<br>) Magistrate Judge Frensley |
|     Defendants. | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST WILLIAMS BOWERS MANAGEMENT LLC D/B/A WIDE OPEN MUSIC AND ASHLEY BOWERS

Pursuant to the agreement of the parties, Plaintiff voluntarily dismisses this action and all claims against Ashley Bowers and Williams Bowers Management, LLC and Williams Bowers Management LLC d/b/a Wide Open Music with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Through counsel, all remaining parties who have appeared in the action have signed and concur in this stipulation. The parties concur that it is appropriate to dismiss this entire case against these parties in its entirety, with prejudice. No bill of costs shall be sought in this case and the entire dispute between these parties should be considered resolved and dismissed.

Respectfully Submitted,

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
130 S Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 741-1019
beth@feganscott.com

John T. Spragens (BPR #31445)
**SPRAGENS LAW PLC**
311 22nd Ave. N
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*


*/s/ William S. Walton*
William S. Walton (BPR #11177)
**BUTLER SNOW LLP**
150 3rd Avenue South
Suite 1600
Nashville, Tennessee 37201
bill.walton@butlersnow.com

*Counsel for Defendant Bowers*


*/s/ William J. Harbison, II*
Aubrey B. Harwell, III (BPR #17694)
William J. Harbison, II (BPR #33330)
Olivia A. Arboneaux (BPR #40225)
**NEAL & HARWELL, PLC**
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendants Bowers and WBM*

# CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, do hereby certify that I served the foregoing via email and/or through the Court's ECF delivery portal to the following this 8th day of October, 2024:

Elizabeth A. Fegan (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
130 S Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

*Counsel for Plaintiff*

Aubrey B. Harwell, III (BPR #17694)
William J. Harbison, II (BPR #33330)
Olivia A. Arboneaux (BPR #40225)
**NEAL & HARWELL, PLC**
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendants Bowers and WBM*

John T. Spragens (BPR #31445)
**SPRAGENS LAW PLC**
311 22nd Ave. N
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*

William S. Walton (BPR #11177)
**BUTLER SNOW LLP**
150 3rd Avenue South
Suite 1600
Nashville, Tennessee 37201
bill.walton@butlersnow.com

*Counsel for Defendant Bowers*

 

    */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan