# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:23-cv-00477 |
| WILLIAMS BOWERS MANAGEMENT, ) | JUDGE CAMPBELL |
| LLC d/b/a WIDE OPEN MUSIC, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Plaintiff has filed an Agreed Stipulation of Dismissal with Prejudice (Doc. No. 95) stating that, pursuant to the agreement between the parties, she voluntarily dismisses this action and all claims against Defendants Ashley Bowers and William Bowers Management, LLC and Williams Bowers Management, LLC d/b/a Wide Open Music with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). According to the Agreed Stipulation, the parties concur that it is appropriate to dismiss this entire case against these parties in its entirety, with prejudice. Accordingly, pursuant to the parties' agreement, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE